JOSEPH P. NORELLI
OLIVIA GARCIA
ROBERT J. BUFFIN
MICAH BERUL
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number:  (415) 356-5151 / (415)356-5169

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. MILLER, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>UNITED BROTHERHOOD OF CARPENTERS AND JOINERS, LOCAL UNION No. 46, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA<br><br>Respondent. | Case No. 2:04-cv-1216-MCE-PAN<br><br>ORDER TERMINATING PROCEEDING |

   This Court having on July 2, 2004, approved a Stipulation and Order Continuing Case in this matter whereby Respondent agreed to refrain from engaging in certain acts and conduct set forth therein, pending final disposition of the matters involved pending before the National Labor Relations Board; and

   It appearing to the Court that the parties have entered into a Settlement Agreement, which has been complied with fully, thereby constituting final disposition of the matter involved in this proceeding; and the parties hereto having consented to the entry of the within order, it is, therefore,

Order Terminating Proceeding                1

ORDERED, that this proceeding be, and the same hereby is, terminated. The clerk is ordered to close the file.

DATED : December 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

The entry of the foregoing order is hereby consented to :

/s/ Robert J. Buffin  11-2-06
Robert J. Buffin, Esq.
Attorney for Petitioner
NATIONAL LABOR RELATIONS BOARD


By: /s/ Matthew J. Gauger  11-2-06
Matthew J. Gauger, Esq.
WEINBERG, ROGER &ROSENFELD
428  J  Street, Suite 520
Sacramento, California 95814-2341
Attorneys Attorney for RESPONDENT:
United Brotherhood of Carpenters
And Joiners, Local Union No. 46, United Brotherhood
of Carpenters and Joiners of America